IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER, | 1:02-cv-005801-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING AN EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT |
| vs. | |
| UNITED STATES OF AMERICA, et al., | (DOCUMENT #91) |
| Defendants. / | SIXTY (60) DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 8, 2008, defendants United States of America, Lappin, Kendrig, Thoms, and Currier (collectively "Federal Defendants") requested an extension of time to respond to plaintiff's second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

The Federal Defendants are granted sixty (60) days from the date of service of this order in which to respond to plaintiff's second amended complaint.

IT IS SO ORDERED.

Dated:   **July 10, 2008**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE