UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN WALKER, | ) | 1:02-cv-05801-AWI-GSA-PC |
| Plaintiff, | ) ) | ORDER FOR ALL DEFENDANTS IN THIS ACTION TO FILE RESPONSE TO SECOND AMENDED COMPLAINT WITHIN SIXTY DAYS |
| v. | ) ) | |
| UNITED STATES OF AMERICA, et al., | ) ) | (Doc. 72.) |
| Defendants. | ) ) | SIXTY DAY DEADLINE |
| _____ | ) ) | |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On August 29, 2005, plaintiff filed a Second Amended Complaint. (Doc. 72.) On July 10, 2008, the court issued an order granting a sixty-day extension of time for defendants United States of America, Lappin, Kendrig, Thoms, and Currier ("Federal Defendants") to file a response to plaintiff's Second Amended Complaint. By the instant order, the court now establishes a deadline for all defendants in this action to file a response to the Second Amended Complaint.[1] Accordingly, IT HEREBY ORDERED that all defendants in this action shall file a response to plaintiff's Second Amended Complaint within sixty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 10, 2008**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The original complaint was filed on June 25, 2002. (Doc. 1.) The first amended complaint was filed on March 29, 2004. (Doc. 53.) An amended complaint filed on May 4, 2004 (Doc. 56.) was stricken by the court on July 18, 2005. The Second Amended Complaint, to which the court refers in this order, was filed on August 29, 2005. (Doc. 72.)