UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JESSE WALKER ) | 1:02-cv-05801-AWI-GSA-PC |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING SUBSTITUTION OF |
| v. ) | ATTORNEYS FOR DEFENDANT TERRY |
| ) | CRAIG |
| UNITED STATES OF AMERICA, et al., ) | (Doc. 106.) |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 2, 2008, a stipulation for substitution of attorneys for defendant Terry Craig ("defendant") was filed with the court containing the signatures of defendant, the outgoing attorney of record, and the incoming attorney of record. After consideration of the stipulation, the Court hereby approves and orders the substitution of attorneys as set forth.

IT IS SO ORDERED.

**Dated:   September 8, 2008**              /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE