IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JESSE WALKER, | 1:02-cv-5801 AWI GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT |
| vs. | |
| UNITED STATES OF AMERICA, et al., | (DOCUMENT #111) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).  On October 15, 2008,  plaintiff filed a motion to extend time to respond to the motion to dismiss and/or for summary judgment filed by defendants on September 8, 2008.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to defendants' motion to dismiss and/or for summary judgment.

IT IS SO ORDERED.

Dated:   **October 24, 2008**            _____
                                                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE