UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JESSE WALKER,<br><br>                Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendants.<br>_____/ | 1:02-cv-05801-AWI-GSA-PC<br><br>ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #113)<br><br>THIRTY DAY DEADLINE |

      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 1, 2008, plaintiff filed a motion to extend time to file a response to defendants' motion to dismiss and/or for summary judgment . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Plaintiff is granted thirty days from the date of service of this order in which to file a response to the motion to dismiss and/or for summary judgment filed by defendants on September 8, 2008.

      IT IS SO ORDERED.

Dated: **December 15, 2008**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE