UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JESSE WALKER,<br><br>          Plaintiff,<br>  vs.<br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendants.<br>_____/ | 1:02-cv-05801-AWI-GSA(PC)<br><br>ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #115)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 22, 2008, plaintiff filed a motion to extend time to reply to defendants' motion to dismiss and/or for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to reply to the motion to dismiss and/or for summary judgment filed by defendants on September 8, 2008.

IT IS SO ORDERED.

Dated: **December 23, 2008**        **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE