UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JESSE WALKER, | 1:02-cv-05801-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF |
| vs. | |
| UNITED STATES OF AMERICA, et al., | (Doc. 117.) |
| Defendants. | |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971). On January 22, 2009, defendants Lappin, Kendrig, Thoms, and Currier ("defendants") filed an ex parte request for an extension of time to file a reply brief in response to plaintiff's opposition to defendants' motion to dismiss and/or for summary judgment. (Doc. 117.)

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that defendants Lappin, Kendrig, Thoms, and Currier are granted thirty days from the date of service of this order in which to file a reply brief to plaintiff's opposition to their September 8, 2008 motion to dismiss and/or for summary judgment.

IT IS SO ORDERED.

Dated: **January 27, 2009**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE