IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WALKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br><br>　　　　Defendants.<br>_____/ | 1:02-cv-05801-AWI-GSA-PC<br><br>ORDER REQUIRING DEFENDANTS THE GEO GROUP, ANDREWS, AKANNO, CRAIG, MINNECCI, NORIEGA, NICHOLS, BUCHOLZ, AND SNELLEN TO FILE ANSWER TO SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS |

Kevin Walker ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971).[1]  The case proceeds on the Second Amended Complaint, filed on August 29, 2005, against defendants Raymond Andrews, Jonathan E. Akanno, Terry Craig, Margaret Minnecci, Esteban Noriega, Geraldine Nichols, Theresa Bucholz, and Suzanne Snellen ("Taft Employees") for inadequate medical care under the Eighth Amendment, and against the Taft Employees and the Geo Group, Inc. (sued as Wackenhut Correctional Corp. and Taft Correctional Institution) on Plaintiff's tort claims.[2]  At this

---

[1] Plaintiff's claim under the Federal Tort Claims Act ("FTCA") was dismissed with prejudice on September 17, 2009, based on Plaintiff's failure to exhaust administrative remedies under the FTCA. (Doc. 137.)

[2] Defendants United States of America, Zachary Currier, Harley Lappin, Newton E. Kendig, and MaryEllen Thoms ("Federal Defendants") were dismissed from this action on September 17, 2009, based on Plaintiff's failure to exhaust administrative remedies for the claims against them. (Doc. 137.)

1

stage of the proceedings, defendants the Taft Employees and the Geo Group, Inc., shall be required to file an Answer to the Second Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, defendants the Geo Group, Inc., Raymond Andrews, Jonathan E. Akanno, Terry Craig, Margaret Minnecci, Esteban Noriega, Geraldine Nichols, Theresa Bucholz, and Suzanne Snellen shall file an Answer to the Second Amended Complaint filed on August 29, 2005 in this action.

IT IS SO ORDERED.

Dated:   **September 17, 2009**               **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE