UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN JESSE WALKER, | | 1:02-cv-05801-AWI-GSA-PC |
| | Plaintiff, | |
| | v. | ORDER VACATING MOTION FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR |
| UNITED STATES OF AMERICA, et al., | | (Doc. 161.) |
| | Defendants. / | |

Kevin Jesse Walker ("Plaintiff") is a former federal prisoner proceeding pro se in this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On September 7, 2011, the Court entered Findings and Recommendations, recommending that Defendants' motion for summary judgment, filed on December 20, 2010, be granted. (Doc. 174.) Plaintiff was allowed twenty days in which to file objections to the Findings and Recommendations. <u>Id.</u> On September 20, 2011, Plaintiff filed a motion for an extension of time to file objections, and on September 22, 2011, the Court granted Plaintiff a thirty-day extension of time. (Docs. 175, 176.) In light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motion for summary judgment is HEREBY DEEMED VACATED from the Court's calendar until such time as Plaintiff's extension of time to file objections has expired.

IT IS SO ORDERED.

Dated:   September 27, 2011

CHIEF UNITED STATES DISTRICT JUDGE